### THE BRAUN CORPORATION, Plaintiff–Appellant,

v.

### MAXON LIFT CORPORATION (doing business as Maxon Mobility, Maxon Industries, Inc. and Lift Gate Company, Inc.), Defendant–Appellee.

No. 04–1027.

United States Court of Appeals, Federal Circuit.

May 17, 2004.

Robert D. Becker, Principal Attorney, Ronald S. Katz, Of Counsel, Manatt Phelps, Palo Alto, CA, Michael D. Beck, Of Counsel, Miginot, Moore, Indianapolis, IN, for Defendant–Appellee.

Charles A. Laff, Principal Attorney, Michael, Best, Martin L. Stern, Of Counsel, Laff, Whitesel, Chicago, IL, for Plaintiff–Appellant.

Before NEWMAN, Circuit Judge, PLAGER, Senior Circuit Judge, and CLEVENGER, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36